NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERMAN & ASSOCIATES, INC.**
**and ARTHUR SHERMAN,**
*Plaintiffs-Appellants,*

**v.**

**OXFORD INSTRUMENTS, PLC and**
**OXFORD INSTRUMENTS AMERICA, INC.,**
*Defendants-Appellees,*

**and**

**ASM INTERNATIONAL, N.V.**
**and ASM AMERICA, INC.,**
*Defendants-Appellees.*

---

2012-1218

---

Appeal from the United States District Court for the Northern District of California in Case No. 11-CV-0827, Judge Charles R. Breyer.

---

**JUDGMENT**

---

ROBERT J. YORIO, Carr & Ferrell LLP, of Menlo Park, California, argued for plaintiffs-appellants.

HENRY C. BUNSOW, Bunsow, De Mory, Smith & Allison LLP, of San Francisco, California, argued for defendants-appellees, ASM International, N.V., et al. With him on the brief were BRIAN A.E. SMITH and ROBIN K. CURTIS.

JOSEPH J. MUELLER, Wilmer Cutler Pickering Hale & Dorr LLP, of Boston, Massachusetts, for defendants-appellees Oxford Instruments, PLC, et al.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and SCHALL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 20, 2012          ___/s/ Jan Horbaly_____
        Date                     Jan Horbaly
                                 Clerk